UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:23-CV-20741

PAUL RODRIGUEZ,

    Plaintiff,

vs.

MEDX STAFFING, INC. AND
NOMI HEALTH, INC.,

    Defendants.
_____/

## **NOTICE OF APPEARANCE AS COUNSEL FOR PLAINTIFF**

    Toussaint Cummings, Esq., of the FairLaw Firm, notifies the Court and all parties of his appearance in this action as counsel for Plaintiff, Paul Rodriguez, in this action and requests that all pleadings, correspondence, and documents related to this matter be served on him at the below address / email address.

    Dated this 3rd day of March 2023.

    s/ Toussaint Cummings, Esq.
Toussaint Cummings, Esq. (119877)
toussaint@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Avenue
Suite 770
Coral Gables, FL 33146
Tel: (305) 230-4884
*Counsel for Plaintiff*