UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:23-CV-20741

PAUL RODRIGUEZ

 Plaintiff,

vs.

MEDX STAFFING, INC. AND
NOMI HEALTH, INC.,

 Defendants.
_____/

## **PLAINTIFF'S NOTICE OF PENDING, REFILED, RELATED OR SIMILAR ACTIONS**

 Plaintiff, Paul Rodriguez, pursuant to Local Rule 3.8, notifies the Court of the following Related Action presently pending in the District Court for the Southern District of Florida:

 *Robert Silva vs. Medx Staffing, Inc. and NoMi Health, Inc. 1:23-CV-20588*

 *Maria Hernandez vs. Medx Staffing, Inc. and NoMi Health, Inc. 1:23-CV-20738*

 *Juan Valdez vs. Medx Staffing. Inc and NoMi Health, Inc. 1:23-CV-20753*

 *Gary Baugh vs. Medx Staffing. Inc and NoMi Health, Inc 1:23-CV-20821*

 Respectfully submitted this 3rd day of March 2023,

Toussaint M. Cummings, Esq.
Toussaint M. Cummings, Esq.
Fla. Bar No. 119877
toussaint@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Avenue
Suite 770
Coral Gables, FL 33146
Tel: 305.230.4884
*Counsel for Plaintiff*
