## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## CASE NO: 1:23-cv-20741-MORENO-GOODMAN

PAUL RODRIGUEZ,

      Plaintiff,

v.

MEDX STAFFING INC. and
NOMI HEALTH, INC.,

      Defendants.

## JOINT MOTION TO STAY PROCEEDINGS PENDING ARBITRATION

Plaintiff Paul Rodriguez and Defendants Nomi Health, Inc. and MedX Staffing, Inc. (collectively, the "Parties"), respectfully request that this Court enter an order staying proceedings in this litigation pending arbitration. Pursuant to the independent contractor agreement which Plaintiff entered into with MedX Staffing, Inc., attached hereto as Exhibit A, Plaintiff agrees that his claims in this action are subject to arbitration in accordance with the rules of the American Arbitration Association (AAA). Given the Parties' agreement that Plaintiff's claims should proceed in individual arbitration, the Parties respectfully request that this Court enter an order compelling Plaintiff's claims to individual arbitration in accordance to the terms of the agreement, and staying this matter pending resolution of that arbitration. *See*, *e.g., Bender v. A.G. Edwards & Sons, Inc.*, 971 F.2d 698, 701 (11th Cir. 1992) (holding that, when a plaintiff's claims are subject to arbitration, they should be stayed). All Parties agree to the relief requested in this motion. A Proposed Order is being submitted herewith.

      Respectfully submitted this 23rd day of March 2023,

| | |
|---|---|
| By: */s/ Brian H. Pollock, Esq.* <br> Brian H. Pollock, Esq. <br> Florida Bar No. 174742 <br> FAIRLAW FIRM <br> 135 San Lorenzo Ave. <br> Suite 770 <br> Coral Gables, FL 33146 <br> Telephone: (305) 230-4884 <br> brian@fairlawattorney.com <br><br> *Attorney for Plaintiff* <br> *Paul Rodriguez* | By: */s/ Andrew M. McKinley* <br> Andrew M. McKinley <br> Florida Bar No. 122069 <br> SEYFARTH SHAW LLP <br> 1075 Peachtree Street, N.E. <br> Suite 2500 <br> Atlanta, GA 30309-3958 <br> Telephone: (404) 885-1500 <br> Facsimile: (404) 892-7056 <br> amckinley@seyfarth.com <br><br> *Attorney for Defendants* <br> *Nomi Health, Inc. and MedX Staffing, Inc.* |