UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 23-20741-CIV-MORENO

PAUL RODRIGUEZ,

    Plaintiff,

vs.

MEDX STAFFING, INC. and NOMI HEALTH, INC.,

    Defendants.
_____/

## ORDER GRANTING JOINT MOTION TO STAY PROCEEDINGS PENDING ARBITRATION

THIS CAUSE came before the Court upon the Parties' Joint Motion to Stay Proceedings Pending Arbitration **(D.E. 6)**, filed on **March 23, 2023**.

THE COURT has considered the motion, the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that the motion is **GRANTED**. Plaintiff's claims in this action are compelled to individual arbitration in accordance with the Parties' arbitration agreement, and this case is stayed and closed pending the resolution of that arbitration.

DONE AND ORDERED in Chambers at Miami, Florida, this 27th of March 2023.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record